GENERAL FILMS, INC. v. SANCO GENERAL MANUFACTUR-
ING CORP., AND SANDRA GALUTEN.

February 28, 1978. Petition for certification denied.

GENERAL FILMS, INC. v. SANCO GENERAL MANUFACTUR-
ING CORP., AND SANDRA GALUTEN.

February 28, 1978. Cross-Petition for certification denied.

STATE OF NEW JERSEY v. RONALD GASALBERTI.

February 28, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. IRVIN LEATHERBURY.

February 28, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. PHILIP FLOYD PERROTTA.

February 28, 1978. Petition for certification denied.

ENVIRONMENTAL DEVELOPERS, INC. v.
CAMPGAW DEVELOPMENT CORP.

February 28, 1978. Petition for certification denied.